IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS

| | |
|---|---|
| ANTHONY CAIRNS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION |
| vs. ) | |
| ) | FILE No. 4:20-CV-00818 |
| GCBC PARKVIEW SQUARE, LTD., ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF SETTLEMENT

Plaintiff, ANTHONY CAIRNS ("Plaintiff"), by and through the undersigned counsel, hereby notifies this Court that Plaintiff has reached settlement of all issues pertaining to his case against Defendant, GCBC PARKVIEW SQUARE, LTD.

Plaintiff and Defendant, GCBC PARKVIEW SQUARE, LTD., are presently preparing a formal settlement agreement for signature and intend to file a Joint Stipulation of Dismissal with Prejudice once the agreement is finalized. Plaintiff and Defendant request thirty (30) days within which to file its dismissal documents.

Respectfully submitted this 5th day of January, 2021.

                Law Offices of
                THE SCHAPIRO LAW GROUP, P.L.

                /s/ Douglas S. Schapiro
                Douglas S. Schapiro, Esq.
                Southern District of Texas ID No. 3182479
                The Schapiro Law Group, P.L
                7301-A W. Palmetto Park Rd., #100A
                Boca Raton, FL 33433
                Tel: (561) 807-7388
                Email: schapiro@schapirolawgroup.com

                ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

**WE HEREBY CERTIFY** that a true and correct copy of the foregoing was filed electronically using the CM/ECF system on this 5th day of January, 2021.

                /s/ Douglas S. Schapiro
                Douglas S. Schapiro, Esq.
                Southern District of Texas ID No. 3182479